UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KAY GUNDERSON REEVES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. A-11-CA-0974-SS |
| | § | |
| | § | |
| U.S. FOOD & DRUG ADMINISTRATION | § | |
| and U.S. DEPARTMENT of HEALTH AND | § | |
| HUMAN SERVICES, | § | |
| | § | |
| Defendant. | § | |

## AGREED MOTION TO DISMISS

Now comes the U.S. Food & Drug Administration and U.S. Department of Health and Human Services (Hereinafter "FDA") by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, and Kay Gunderson Reeves (Hereinafter "Ms. Reeves"), pro se and submit this Agreed Motion to Dismiss, and in support would show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(2) the parties hereby advise the Court that the issues in this case have been resolved and therefore request that the Court enter an order dismissing this action with prejudice and providing that each party pay its own the costs.

Wherefore premises considered, the parties respectfully request that the Court enter an order dismissing this cause as set forth above and for such other relief as the Court may deem appropriate.

Respectfully submitted,

**ROBERT PITMAN**
UNITED STATES ATTORNEY


By:     */s/ Mitchell L. Weidenbach*
**MITCHELL L. WEIDENBACH**
Assistant United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, Texas  78216
Telephone: (210) 384-7360
Facsimile:   (210) 384-7312
Texas Bar No. 21076600
mitch.weidenbach@usdoj.gov



/s/ Kay Gunderson Reeves
**KAY GUNDERSON REEVES** (PRO SE)
Texas Bar No. 08620470
3616 Far West Blvd.
# 117-322
Austin, Texas 78731
Telephone" (310) 895-8219 (mobile)
kaygreeves@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KAY GUNDERSON REEVES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. A-11-CA-0974-SS |
| | § | |
| | § | |
| U.S. FOOD & DRUG ADMINISTRATION | § | |
| and U.S. DEPARTMENT of HEALTH AND | § | |
| HUMAN SERVICES, | § | |
| | § | |
| Defendant. | § | |

**<u>ORDER</u>**

On this date, came on to be considered the agreed motion of the U.S. Food & Drug Administration and the U.S. Department of Health and Human Services (collectively, FDA) and Kay Gunderson Reeves requesting the Court enter an order dismissing this action with prejudice and that each party pay the costs incurred by that party and the Court hereby finds that the same should be GRANTED.

It is therefore ORDERED that this case is DISMISSED WITH PREJUDICE, with each party to pay its own costs.

Signed this _____ day of October, 2012.

_____
**SAM SPARKS**
United States District Judge

Reeves v. FDA Agreed MTD